**IT IS ORDERED as set forth below:**

Date: May 23, 2011

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 11-57752-CRM |
| VERA MAE POLK and<br>EDDIE JOHNSON, | CHAPTER 7 |
| Debtors. | |

**ORDER**

**THIS MATTER** is before the Court on the Motion for Relief from Stay (the "Motion") filed by Elizabeth Abidakun d/b/a IUSA Management. On May 19, 2011, a hearing was held on

the Motion.  For the reasons stated on the record,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED.**

The Clerk's Office is directed to serve a copy of this Order upon Debtors, Elizabeth Abidakun d/b/a IUSA Management, and the Chapter 7 Trustee.

**END OF DOCUMENT**