**IT IS ORDERED as set forth below:**

Date: September 25, 2011

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-57752-CRM |
| VERA MAE POLK,<br>EDDIE J. JOHNSON, | CHAPTER 7 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on Debtor Vera Mae Polk's Motion to Reopen (the "Motion") (Doc. No. 46) filed on September 21, 2011. After considering the Motion,

**IT IS ORDERED** that the case be and is hereby **REOPENED**;

**IT IS FURTHER ORDERED** that the filing fee be and is hereby **WAIVED**;

**IT IS FURTHER ORDERED** that Debtor Vera Mae Polk has 21 days from the entry of this Order to amend her case to add additional creditors.  If no action is taken in accordance with this Order, the Clerk's Office is authorized to close the case.

The Clerk's Office is directed to serve a copy of this Order upon Debtors, the Chapter 7 Trustee, the United States Trustee, and all parties in interest.

**END OF DOCUMENT**